**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
160 WEST SANTA CLARA STREET, SUITE 575
SAN JOSE, CA 95113

BARRY J. PORTMAN
*Federal Public Defender*

Telephone (408) 291-7753
Fax (408) 291-7399

March 18, 2008

*FILED MAR 19 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*E-FILING*

The Honorable Richard Seeborg
United States Magistrate Judge
280 South First St.
San Jose, CA 95113

Re:    Target, Ms. Laurie Hysell

Dear Judge Seeborg:

*CR-8-90126 MISC*

*RS*

I have been contacted by Ms. Hysell, who has received a target letter from the Office of the Staff Judge Advocate. Attached please find a financial affidavit completed by Ms. Hysell.

Ms. Hysell seeks appointment of counsel to represent her in this matter. I respectfully ask that the Federal Public Defender's Office be appointed to represent her.

Respectfully yours,

BARRY J. PORTMAN
Federal Public Defender

NICHOLAS P. HUMY
Assistant Federal Public Defender

NPH/cas
Encl.2



**DEPARTMENT OF THE ARMY**
DEFENSE LANGUAGE INSTITUTE FOREIGN LANGUAGE CENTER
OFFICE OF THE STAFF JUDGE ADVOCATE
1336 PLUMMER STREET
MONTEREY, CALIFORNIA 93944-3327

REPLY TO
ATTENTION OF:

5 March 2008

Office of the Staff Judge Advocate

CR-8-90126 MISC
FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RS

Laurie Hysell
70202 Jolon Road
Space #8
Bradley, CA 93426

Ms. Hysell,

    This letter is to inform you the following charges may be filed as felonies against you in the United States District Court, Northern District of California.

    Section 371, 18 USC: Conspiracy
    Maximum potential penalty: 5 years imprisonment and a $14,000 fine.

    Section 641, 18 USC: Larceny
    Maximum potential penalty: 10 years imprisonment and a $14,000 fine.

    However, this office is prepared to offer a pre-indictment resolution, if you contact my paralegal at (831) 242-7321 to discuss it further. If this office does not hear from you or your attorney before 7 April, 2008, the Government will proceed with criminal charges.

    If you would like to speak to a public defender about this issue, you may contact the Federal Public Defender's Office at (408) 291-7753 for assistance.

Sincerely,

*[signature]*

Robert N. Michaels
CPT, United States Army
Special Assistant United States Attorney