E-FILING

**FILED**
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-8-90126 MISC RS |
| Plaintiff, | [Proposed Order] APPOINTING THE FEDERAL PUBLIC DEFENDER |
| vs. | Honorable Richard Seeborg |
| LAURIE HYSELL | United States Magistrate-Judge |
| Witness. | |

GOOD CAUSE APPEARING, it is hereby ordered that the Federal Public Defender's Office is appointed to represent LAURIE HYSELL.

Dated: March 19, 2008

HONORABLE RICHARD SEEBORG
United States Magistrate-Judge

CJA23 submitted

[Proposed] Order Appointed Federal Public Defender        1